IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04 CR 10331 GAO |
| v. ) | CRIMINAL ACTION No. |
| ) | |
| ) | VIOLATIONS |
| ) | Ct. 1: 18 U.S.C. § 1709 |
| RICHARD E. CZYRAS ) | (Theft of Mail Matter) |

### INDICTMENT

COUNT ONE
(18 U.S.C. Section 1709)
(Theft of Mail Matter)

The Grand Jury charges:

On or about March 10, 2004, in the District of Massachusetts,

RICHARD E. CZYRAS,

the defendant herein, being a Postal Service employee, did embezzle letters and mail, and articles and things contained therein, which was entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by other persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS        November  3   , 2004 @ 12:53 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2

**Criminal Case Cover Sheet**    04 CR 10331 GAO    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II__    Investigating Agency __USPIS__

City __Dedham__    Related Case Information:

County __Norfolk__    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Richard E. Czyras__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __48 Jackson Street, Canton, MA 02021__

Birth date (Year only): __1964__ SSN (last 4 #): __9818__ Sex __M__ Race: _____ Nationality: __US__

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__    Bar Number if applicable __0787700 (Florida)__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _Sandra S. Bower_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard E. Czyras

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1709 | Theft of Mail Matter | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 1/15/04 (USAO-MA)