# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RICHARD E. CZYRAS<br>48 JACKSON STREET<br>CANTON, MA 02021<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 04-10331 GAO |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | Room<br>COURTROOM #23, 7TH |
|---|---|
| Before:   MAGISTRATE JUDGE LAWRENCE P. COHEN | Date and Time<br>NOVEMBER 15, 2004 @ 11:30am |

To answer a(n)

X  Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1709

Brief description of offense:
THEFT OF MAIL MATTER

/S/ Maria Simeone                                    NOVEMBER 5, 2004
Signature of Issuing Officer                         Date

MARIA SIMEONE , COURTROOM DEPUTY
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Service was made by me | Date |

| Check one box below to indicate appropriate method of service |
|---|

\* ☐ Served personally upon the defendant at: _____

_____

\* ☐ Left summons at theLeft summons at the defendant's dwelling house or usual place of abode with a personLeft summons discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

_____

\* ☐ Returned unexecuted: _____

_____

_____

_____

II declare under penalty of perjury under the laws of the United States of AI declare under penalty of perjury u information contained in the Return of Service is true and correct.

Returned _____         _____
         Date                                                            Name of United States Marshal

                                                                         _____
                                                                         (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.