# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO. 04-10331 GAO |
| RICHARD E. CZYRAS | |
| Defendant | |

### NOTICE TO APPEAR FOR ARRAIGNMENT

LAWRENCE P. COHEN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for hearing in connection with an indictment on Monday, November 15, 2004 at 11:30 A.M./P.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

TONY ANASTAS,
CLERK OF COURT

By:   /s/ Maria Simeone
Courtroom Deputy

Date: November 5, 2004

Notice mailed/e-mailed to: all counsel

**(Notice to appear.wpd - 7/99)** **[kntchrgcnf.]**