# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF U.S.A. v.s. Richard E Czyngs | FOR / AT | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Richard E. Czyngs | 1 ☒ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | Magistrate<br><br>District Court<br><br>Court of Appeals |

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: D.C.F. Neponset St. Canton MA 02021
- IF YES, how much do you earn per month? $ 1400.00
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2200
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 3500

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 275,000 — DESCRIPTION: Single family home

## DEPENDENTS

MARITAL STATUS: ☒ MARRIED (Single / Widowed / Separated or Divorced)
Total No. of Dependents: 2

List persons you actually support and your relationship to them:
- Mary Czyngs — wife
- Julie Czyngs — Daughter
- Tyler Czyngs — Son

## OBLIGATIONS & DEBTS

APARTMENT OR HOME: Home

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| Home | $179,000 | $1335.00 |
| Bank of America Loan | $14000 | $239.00 |
| MBNA Credit Card | $4900.00 | $70.00 |
| Sears Charge card | $1700.00 | $60.00 |
| Union plus credit card | $2400.00 | $70.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-10-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]